**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael Lawrence PETISCA,**
**Defendant–Appellant.**

No. 05–50830
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 7, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, Plaintiff–Appellee.

Judy Fulmer Madewell, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Michael Lawrence Petisca pleaded guilty to two counts of bank robbery. *See* 18 U.S.C. § 2113(a). He was sentenced prior to the Supreme Court's issuance of *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). His case was remanded for resentencing after *Booker.* He now appeals, arguing that the district court erred in denying his request for a non-guideline sentence below the applicable guideline range.

The district court adequately addressed the factors in 18 U.S.C. § 3553(a). Petisca has failed to rebut the presumption of reasonableness attached to his guideline sentence. *See United States v. Alonzo,* 435 F.3d 551, 554 (5th Cir.2006).

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.